IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV -9 AM 11: 47

CLERK____
SO. DIST. OF GA.

| | |
|---|---|
| DARRELL BROWN, ) | |
| Plaintiff, ) | |
| v. ) | CV 315-077 |
| CAPTAIN FNU FAISON, and ) CHIEF FNU RISPER, in the Official ) Capacity and Performance of Duties, ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 3), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 9th day of November, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE