# United States District Court
## Southern District of Georgia

DARRELL BROWN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-077

CAPTAIN FNU FAISON, and CHIEF FNU RISPER, in the Official Capacity and Performance of Duties,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 9, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.



November 9, 2015  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk